**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 31, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00834-CR

---

## AMIT  DINESH PATEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 434th Judicial District Court
### Fort Bend County, Texas
### Trial Court Cause No. 11-DCR-058110

---

## MEMORANDUM  OPINION

Appellant Amit Dinesh Patel has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer

Do Not Publish – Tex. R. App. P. 47.2(b)